

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00517-CV

IN THE GUARDIANSHIP OF SHELLEY THOMSON A/KA SHELLEY SUE THOMSON, AN INCAPACITATED PERSON

On Appeal from the
County Court at Law of Comal County, Texas
Trial Cause No. 2019GDB0001

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

Costs of the appeal are adjudged against appellants. Furthermore, no costs shall be assessed against Shelley Thomson, as she filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

January 21, 2021